

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00740-CR

The **STATE** of Texas,
Appellant

v.

Krista **TILLER**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2025-CC-000933
Honorable Melissa Saenz, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: February 18, 2026

DISMISSED

On January 27, 2026, appellant the State of Texas filed a motion to dismiss appeal. Texas

Rule of Appellate Procedure 42.2 provides:

> At any time before the appellate court's decision, the appellate court may dismiss
> the appeal upon the appellant's motion. The appellant and his or her attorney must
> sign the written motion to dismiss and file it in duplicate with the appellate clerk,
> who must immediately send the duplicate copy to the trial court clerk.

TEX. R. APP. P. 42.2(a).  Appellant's motion complies with Rule 42.2(a). Accordingly, we grant the motion and dismiss this appeal.  *See id.*

PER CURIAM

DO NOT PUBLISH